## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Michael Ryan Davis<br><br>Debtor(s) | Case No.:18−33427−thf<br><br>Chapter: 7<br>Judge: Thomas H. Fulton |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order To Pay Filing Fees In Installments. Debtor may pay fee in up to four installments, provided that entire amount due is paid on or before the listed due date. Failure to pay fee as ordered will result in the dismissal of the case, so ORDERED by /s/ Judge Fulton. Amount of Filing Fee Due : $251.25. Please be advised that the Court cannot accept personal checks or third−party checks as a form of payment. Installments for debtors represented by counsel should be made by counsel via the electronic filing system. Payments made by pro se parties must be made by mail or in−person before 4 PM Eastern time. Full filing fee due by 1/14/2019. (Weber, S)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 11/13/18

By: saw
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court