| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Michael Ryan Davis** | Social Security number or ITIN   **xxx–xx–0581** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Western District of Kentucky** | | Date case filed for chapter  **7   11/9/18** |
| Case number:    **18–33427–thf** | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Michael Ryan Davis | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 907 Minerva Avenue Louisville, KY 40223 | | |
| 4. | **Debtor's attorney** Name and address | Michael Ryan Davis 907 Minerva Avenue Louisville, KY 40223 | | Contact phone 502–709–9513 Email:  NONE |
| 5. | **Bankruptcy trustee** Name and address | Robert W. Keats P.O. Box 221377 Louisville, KY 40252–1377 | | Contact phone 502–587–8787 Email:  rkeats@bellsouth.net |

**For more information, see page 2 >**

Debtor  **Michael Ryan Davis**                                                                                    Case number **18–33427–thf**

| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 450 U.S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202 | Hours open:<br>8:30 a.m. to 4:30 p.m. Eastern Time Zone<br><br>Contact phone 502–627–5700<br><br>Date: 11/13/18 |
|---|---|---|---|
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 13, 2018 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Rm. 509 (Use 6th Street Elevators), 601 West Broadway, Louisville, KY 40202** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/11/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Western District of Kentucky

In re:                                                                          Case No. 18-33427-thf
Michael Ryan Davis                                                              Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0644-3          User: sweber          Page 1 of 2          Date Rcvd: Nov 13, 2018
                             Form ID: 309A          Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db            +Michael Ryan Davis,   907 Minerva Avenue,   Louisville, KY 40223-1265
6402814       +BMO Harris Bank,   89 North Jefferson Street,   Martinsville, IN 46151-1541
6402804       +BankMobile,   115 Munson Street,   New Haven, CT 06511-3540
6402796       +Baptist Health,   2701 Eastpoint Parkway,   Louisville, KY 40223-4166
6402803        Certegy Check Services, Inc.,   P.O. Box 30046,   Tampa, FL 33630-3046
6402782       +Comcast Corporation,   1701 JFK Boulevard,   Philadelphia, PA 19103-2899
6402784       +Credit Bureau Systems,   1035 Frederica Street Suite 200,   Owensboro, KY 42301-3000
6402785        Credit Bureau Systems,   P.O. Box 1479,   Owensboro, KY 42302
6402777       +John J. LIeweIlyn,   PO Box 93,   Glenview, KY 40025-0093
6402810       ++LOUISVILLE GAS AND ELECTRIC COMPANY,   PO BOX 9001960,   LOUISVILLE KY 40290-1960
               (address filed with court: Louisville Gas and Electric,   820 West Broadway,
               Louisville, KY 40202)
6402802       +Louisville Gas and Electric,   PO Box 25217,   Lehigh VaIley, PA 18002-5217
6402801       +Louisville cas and Electric,   820 West Broadway,   Louisville, KY 40202-2245
6402798       +NeaI and Summers,   Funeral and Cremation Center,   110 East Poston Road,
               Martinsville, IN 46151-2845
6402778       +Nicholas Financial,   ATTN: Cindy Lackey,   Senior Branch Manager,   3421 Stony Spring CircIe,
               Louisville, KY 40220-5437
6402800       +Office of the U.S. Attorney,   Western District of Kentucky,
               For: U.S. Department of Education,   717 West Broadway,   Louisville, KY 40202-2215
6402817       +Reliant Capital Solutions,,   PO Box 307290,   Gahanna, OH 43230-7290
6402776       +Slate Run Apartments,   806 Granite Drive,   Louisville, KY 40223-1257
6402815        TeleCheck Services, Inc.,   ATTN: Bankruptcy Department,   P.O. Box 5805,
               Hagerstown, MD 21741-6806
6402799        U.S. Department of Education,   Educational Credit Management Corp.,   PO Box 75448,
               St. Pau1, MN 55116-0448


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             EDI: QRWKEATS.COM Nov 14 2018 00:13:00      Robert W. Keats,   P.O. Box 221377,
               Louisville, KY  40252-1377
smg           +E-mail/Text: aesterle@jeffersoncountyclerk.org Nov 13 2018 19:28:19
               Jefferson County Attorney Office,   Fiscal Court Bldg.,   531 Court Place, Ste. 900,
               Louisville, Ky 40202-3315
ust           +E-mail/Text: ustpregion08.lo.ecf@usdoj.gov Nov 13 2018 19:28:24      Charles R. Merrill,
               Asst. U.S.Trustee,   601 West Broadway #512,   Louisville, KY 40202-2229
6402783       +EDI: CMIGROUP.COM Nov 14 2018 00:13:00      Credit Management LP,   P.O. Box 118288,
               Carrollton, TX 75011-8288
6402781       +EDI: RCSFNBMARIN.COM Nov 14 2018 00:13:00      Credit One Bank,   P.O. Box 98872,
               Las Vegas, NV 89193-8872
6402780       +EDI: AMINFOFP.COM Nov 14 2018 00:13:00      First Premier Bank,   3820 North Louise Avenue,
               Sioux FaIIs, SD 57107-0145
6402818       +E-mail/Text: Banko@frontlineas.com Nov 13 2018 19:29:25      Frontline Asset Strategies,
               2700 Snelling Ave. N,   Ste 250,   Roseville, MN 55113-1783
6402816       +EDI: RESURGENT.COM Nov 14 2018 00:13:00      LVNV Funding, LLC,   P.O. Box 10497,
               Greenville, SC 29603-0497
6402779       +E-mail/Text: skakalis@nicfn.com Nov 13 2018 19:28:19      Nicholas Financial,
               2454 McMuIIen Booth Road,   #501-B,   Clearwater, FL 33759-1343
6402797       +EDI: VERIZONCOMB.COM Nov 14 2018 00:13:00      Verizon Wireless,   Bankruptcy Administration,
               500 Technology Drive,   Suite 550,   Weldon Spring, MO 63304-2225
                                                                                          TOTAL: 10


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6402813*      +BankMobile,   115 Munson Street,   New Haven, CT 06511-3540
6402805*      +Baptist Health,   2701 Eastpoint Parkway,   Louisville, KY 40223-4166
6402812*       Certegy Check Services, Inc.,   P.O. Box 30046,   Tampa, FL 33630-3046
6402792*      +Comcast Corporation,   1701 JFK Boulevard,   Philadelphia, PA 19103-2899
6402794*      +Credit Bureau Systems,   1035 Frederica Street Suite 200,   Owensboro, KY 42301-3000
6402795*       Credit Bureau Systems,   P.O. Box 1479,   Owensboro, KY 42302
6402793*      +Credit Management LP,   P.O. Box 118288,   Carrollton, TX 75011-8288
6402791*      +Credit One Bank,   P.O. Box 98872,   Las Vegas, NV 89193-8872
6402790*      +First Premier Bank,   3820 North Louise Avenue,   Sioux FaIIs, SD 57107-0145
6402787*      +John J. LIeweIlyn,   PO Box 93,   Glenview, KY 40025-0093
6402811*      +Louisville Gas and Electric,   PO Box 25217,   Lehigh VaIley, PA 18002-5217
6402807*      +NeaI and Summers,   Funeral and Cremation Center,   110 East Poston Road,
               Martinsville, IN 46151-2845
6402789*      +Nicholas Financial,   2454 McMuIIen Booth Road,   #501-B,   Clearwater, FL 33759-1343
6402788*      +Nicholas Financial,   ATTN: Cindy Lackey,   Senior Branch Manager,   3421 Stony Spring CircIe,
               Louisville, KY 40220-5437
6402809*      +Office of the U.S. Attorney,   Western District of Kentucky,
               For: U.S. Department of Education,   717 West Broadway,   Louisville, KY 40202-2215
6402786*      +Slate Run Apartments,   806 Granite Drive,   Louisville, KY 40223-1257
6402808*       U.S. Department of Education,   Educational Credit Management Corp.,   PO Box 75448,
               St. Pau1, MN 55116-0448

```
District/off: 0644-3         User: sweber          Page 2 of 2          Date Rcvd: Nov 13, 2018
                             Form ID: 309A          Total Noticed: 29

            ***** BYPASSED RECIPIENTS (continued) *****
6402806*      +Verizon Wireless,   Bankruptcy Administration,   500 Technology Drive,   Suite 550,
               Weldon Spring, MO 63304-2225
                                                                        TOTALS: 0, * 18, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2018 at the address(es) listed below:
            Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
            Robert W. Keats    rkeats@bellsouth.net,  rkeats@ecf.epiqsystems.com
                                                                        TOTAL: 2
```