| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Michael Ryan Davis** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–0581** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) <br> First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Western District of Kentucky** | |
| Case number:   **18–33427–thf** | |

## Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    Michael Ryan Davis

<u>3/19/19</u>                                                                              **By the court:** <u>Thomas H. Fulton</u>
                                                                                                                          United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Western District of Kentucky

In re:                                                              Case No. 18-33427-thf
Michael Ryan Davis                                                  Chapter 7
        Debtor                      CERTIFICATE OF NOTICE

District/off: 0644-3          User: cbhall              Page 1 of 2              Date Rcvd: Mar 19, 2019
                              Form ID: 318              Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2019.
db            +Michael Ryan Davis,    907 Minerva Avenue,    Louisville, KY 40223-1265
6402814       +BMO Harris Bank,    89 North Jefferson Street,    Martinsville, IN 46151-1541
6402804       +BankMobile,    115 Munson Street,    New Haven, CT 06511-3540
6402796       +Baptist Health,    2701 Eastpoint Parkway,    Louisville, KY 40223-4166
6402803        Certegy Check Services, Inc.,    P.O. Box 30046,    Tampa, FL 33630-3046
6402784       +Credit Bureau Systems,    1035 Frederica Street Suite 200,    Owensboro, KY 42301-3000
6402785        Credit Bureau Systems,    P.O. Box l479,    Owensboro, KY 42302
6402777       +John J. LIeweIlyn,    PO Box 93,    Glenview, KY 40025-0093
6402810      ++LOUISVILLE GAS AND ELECTRIC COMPANY,    PO BOX 9001960,    LOUISVILLE KY 40290-1960
              (address filed with court: Louisville Gas and Electric,    820 West Broadway,
               Louisville, KY 40202)
6402802       +Louisville Gas and Electric,    PO Box 25217,    Lehigh VaIley, PA 18002-5217
6402801       +Louisville cas and Electric,    820 West Broadway,    Louisville, KY 40202-2245
6402798       +NeaI and Summers,    Funeral and Cremation Center,    110 East Poston Road,
               Martinsville, IN 46151-2845
6402778       +Nicholas Financial,    ATTN: Cindy Lackey,    Senior Branch Manager,    3421 Stony Spring CircIe,
               Louisville, KY 40220-5437
6402800       +Office of the U.S. Attorney,    Western District of Kentucky,
               For: U.S. Department of Education,    717 West Broadway,    Louisville, KY 40202-2215
6402817       +Reliant Capital Solutions,,    PO Box 307290,    Gahanna, OH 43230-7290
6402776       +Slate Run Apartments,    806 Granite Drive,    Louisville, KY 40223-1257
6402815        TeleCheck Services, Inc.,    ATTN: Bankruptcy Department,    P.O. Box 5805,
               Hagerstown, MD 21741-6806
6402799        U.S. Department of Education,    Educational Credit Management Corp.,    PO Box 75448,
               St. PauI, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             EDI: QRWKEATS.COM Mar 19 2019 23:23:00      Robert W. Keats,    P.O. Box 221377,
               Louisville, KY   40252-1377
6402782       +EDI: COMCASTCBLCENT Mar 19 2019 23:23:00      Comcast Corporation,    1701 JFK Boulevard,
               Philadelphia, PA 19103-2899
6402783       +EDI: CMIGROUP.COM Mar 19 2019 23:23:00      Credit Management LP,    P.O. Box 118288,
               Carrollton, TX 75011-8288
6402781       +EDI: RCSFNBMARIN.COM Mar 19 2019 23:23:00      Credit One Bank,    P.O. Box 98872,
               Las Vegas, NV 89193-8872
6402780       +EDI: AMINFOFP.COM Mar 19 2019 23:23:00      First Premier Bank,    3820 North Louise Avenue,
               Sioux FaIIs, SD 57107-0145
6402818       +E-mail/Text: Banko@frontlineas.com Mar 19 2019 19:38:00      Frontline Asset Strategies,
               2700 Snelling Ave. N,    Ste 250,    Roseville, MN 55113-1783
6402816       +EDI: RESURGENT.COM Mar 19 2019 23:23:00      LVNV Funding, LLC,    P.O. Box 10497,
               Greenville, SC 29603-0497
6402779       +E-mail/Text: bknick@nicfn.com Mar 19 2019 19:36:45      Nicholas Financial,
               2454 McMuIIen Booth Road,    #501-B,    Clearwater, FL 33759-1343
6402797       +EDI: VERIZONCOMB.COM Mar 19 2019 23:23:00      Verizon Wireless,    Bankruptcy Administration,
               500 Technology Drive,    Suite 550,    Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6402813*      +BankMobile,    115 Munson Street,    New Haven, CT 06511-3540
6402805*      +Baptist Health,    2701 Eastpoint Parkway,    Louisville, KY 40223-4166
6402812*       Certegy Check Services, Inc.,    P.O. Box 30046,    Tampa, FL 33630-3046
6402792*      +Comcast Corporation,    1701 JFK Boulevard,    Philadelphia, PA 19103-2899
6402794*      +Credit Bureau Systems,    1035 Frederica Street Suite 200,    Owensboro, KY 42301-3000
6402795*       Credit Bureau Systems,    P.O. Box l479,    Owensboro, KY 42302
6402793*      +Credit Management LP,    P.O. Box 118288,    Carrollton, TX 75011-8288
6402791*      +Credit One Bank,    P.O. Box 98872,    Las Vegas, NV 89193-8872
6402790*      +First Premier Bank,    3820 North Louise Avenue,    Sioux FaIIs, SD 57107-0145
6402787*      +John J. LIeweIlyn,    PO Box 93,    Glenview, KY 40025-0093
6402811*      +Louisville Gas and Electric,    PO Box 25217,    Lehigh VaIley, PA 18002-5217
6402807*      +NeaI and Summers,    Funeral and Cremation Center,    110 East Poston Road,
               Martinsville, IN 46151-2845
6402789*      +Nicholas Financial,    2454 McMuIIen Booth Road,    #501-B,    Clearwater, FL 33759-1343
6402788*      +Nicholas Financial,    ATTN: Cindy Lackey,    Senior Branch Manager,    3421 Stony Spring CircIe,
               Louisville, KY 40220-5437
6402809*      +Office of the U.S. Attorney,    Western District of Kentucky,
               For: U.S. Department of Education,    717 West Broadway,    Louisville, KY 40202-2215
6402786*      +Slate Run Apartments,    806 Granite Drive,    Louisville, KY 40223-1257
6402808*       U.S. Department of Education,    Educational Credit Management Corp.,    PO Box 75448,
               St. PauI, MN 55116-0448
6402806*      +Verizon Wireless,    Bankruptcy Administration,    500 Technology Drive,    Suite 550,
               Weldon Spring, MO 63304-2225
                                                                                TOTALS: 0, * 18, ## 0
```

```
District/off: 0644-3          User: cbhall              Page 2 of 2           Date Rcvd: Mar 19, 2019
                              Form ID: 318              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2019 at the address(es) listed below:

              Anthony G. Raluy     on behalf of Creditor    Nicholas Financial Inc. traluy@rendigs.com,
               cpuri@rendigs.com
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              Robert W. Keats    rkeats@bellsouth.net,    rkeats@ecf.axosfs.com
                                                                                      TOTAL: 3